**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROSA BARBOSA and DIANE PETTWAY,
LEWIS DOSS, MARILYN KEYS,
STACY McCLENDON**                                   **PLAINTIFFS**

**VERSUS**                                          **CIVIL ACTION NO. 4:05CV178-P-A**

**COLDWELL BANKER REAL ESTATE
CORPORATION, et al**                                     **DEFENDANTS**

## <u>ORDER</u>

This cause is before the Court on the plaintiffs' Motion to Stay [54-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's opposition to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay [54-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of July, 2006.

                                  <u>/s/ W. Allen Pepper, Jr.</u>
                                  W. ALLEN PEPPER, JR.
                                  UNITED STATES DISTRICT JUDGE