**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ROSA BARBOSA and DIANE PETTWAY,
LEWIS DOSS, MARILYN KEYS,
STACY McCLENDON                                                                    PLAINTIFFS

VERSUS                                                        CIVIL ACTION NO. 4:05CV178-P-A

COLDWELL BANKER REAL ESTATE
CORPORATION, et al                                                                  DEFENDANTS

## ORDER

This cause is before the Court on the defendant State Bank's Motion to Quash and for Protective Order [59]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons articulated in the defendant's motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant State Bank's Motion to Quash and for Protective Order [60] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 13th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE