**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROSA BARBOSA, ET AL.,**                                                          **PLAINTIFFS,**

**VS.**                                                       **CIVIL ACTION NO. 4:05CV178-P-A**

**COLDWELL BANKER REAL ESTATE**
**CORPORATION, ET AL.,**                                                 **DEFENDANTS.**

**ORDER**

This matter comes before the court upon the plaintiffs' Motion Seeking Additional Findings [275]. After due consideration of the motion, the court finds that it should be denied given that the plaintiffs' proposed findings are essentially arguments contained in the plaintiffs' briefs in opposition to the defendants' motions to compel arbitration. The court considered and rejected those arguments pursuant to binding Fifth Circuit precedent in *Grigson v. Creative Artists Agency, LLC*, 210 F.3d 524 (5th Cir. 2000).

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiffs' Motion Seeking Additional Findings [275] is **DENIED**.

**SO ORDERED** this the 19th day of October, A.D., 2007.

                                                                          /s/ W. Allen Pepper, Jr.
                                                                          W. ALLEN PEPPER, JR.
                                                                          UNITED STATES DISTRICT JUDGE